DANIEL BRADFORD HOLLAND, an Infant, by LUCY V. HOLLAND, His Guardian ad Litem, and DANIEL HOLLAND, Respondents, v. JACK SCHWARTZ, SHIRLEY SCHWARTZ, OTTILIA BAUST and FLORENCE ABBINGTON, Appellants.— Order granting the plaintiffs a preference and setting the case down for immediate trial, reversed on the law and the facts, without costs, and the motion denied, without costs. Under the facts disclosed by this record, it is our opinion that the learned Special Term improperly exercised its discretion. Order striking from the answer the second separate defense of the defendants Schwartz, and the first, second and third separate defenses from the amended answer of the defendants Baust and Abbington, in so far as appealed from, affirmed, without costs. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ., concur.

In the Matter of the Application of JOHN J. BARBUSCIA, as Clerk of the Village of Island Park, Nassau County, Appellant, to Compel the Delivery of Books and Papers, against EDWARD E. EDSTROM, Respondent.— Order of the County Court of Nassau County denying application of the petitioner for an order directing Edward E. Edstrom to deliver to him as village clerk the papers, records, reports and communications belonging to and appertaining to the office and to the village of Island Park, reversed on the law, with ten dollars costs and disbursements, and the motion granted, without costs. The respondent may not assert the existence of a lien for services and thus nullify the statutory requirement that all appropriate records be turned over to the village clerk. (Pub. Officers Law, § 80.) The statutory remedies afforded the respondent are ample. (Gen. Mun. Law, §§ 70, 82.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

In the Matter of Supplementary Proceedings: CRANE CO., Appellant, v. JOSEPH GORDON, Respondent, and BENJAMIN FREEDMAN, Judgment Debtor.— Pursuant to stipulation, appeal discontinued, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.